IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gina Christopherson, individually and on behalf of all those similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Cinema Entertainment Corporation,<br><br>  Defendant. | Case No. 23-cv-3614 (JWB/LIB)<br><br><br><br>**ORDER** |

On December 13, 2023, the parties filed a Stipulation for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint [Docket No. 1]. Based upon review of the files, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint [Docket No. 1] is **APPROVED**; and

2. Defendant Cinema Entertainment Corporation shall have until January 17, 2024, to answer or otherwise respond to the complaint.

DATED: December 13, 2023         s/Leo I. Brisbois
                                 Hon. Leo I. Brisbois
                                 U.S. MAGISTRATE JUDGE