UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GINA CHRISTOPHERSON, individually and on behalf of all those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CINEMA ENTERTAINMENT CORPORATION,<br><br>Defendant. | Case No. 0:23-cv-03614<br><br>Judge Jerry W. Blackwell<br><br>Magistrate Judge Leo I. Brisbois<br><br>Hearing Date: April 9, 2024<br>2:00 PM |

## LOCAL RULES 7.1(F), (H) CERTIFICATE OF COMPLIANCE

I, Bonnie Keane DelGobbo, certify that Defendant Cinema Entertainment Corporation's ("CEC") Memorandum of Law in Support of Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint complies with Local Rules 7.1(f) and 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word Version 2302, which has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 6,930 words in size 13 font.

Dated: January 17, 2024                                Respectfully submitted,

                                                       BAKER & HOSTETLER LLP

                                            By:   /*s/ Bonnie Keane DelGobbo*

                                                   Bonnie Keane DelGobbo (*pro hac vice*)
                                                   Joel C. Griswold (*pro hac vice*)
                                                   BAKER & HOSTETLER LLP
                                                   One North Wacker Drive
                                                   Suite 4500
                                                   Chicago, IL  60606-2841

- 2 -

Telephone: 312.416.6200
Facsimile:  312.416.6201
bdelgobbo@bakerlaw.com
jcgriswold@bakerlaw.com
IL # 6309394

RINKE NOONAN, LTD.

Alex T. Mastellar
RINKE NOONAN, LTD.
1015 W. St. Germain St., Suite 300
P.O. Box 1497
St. Cloud, MN 56302-1497
(320) 251-6700
(320) 656-3500 fax
amastellar@rinkenoonan.com
#0397323

**ATTORNEYS FOR DEFENDANT CINEMA ENTERTAINMENT CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, January 17, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record.

*/s/ Bonnie Keane DelGobbo*