UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GINA CHRISTOPHERSON, individually and on behalf of all those similarly situated<br><br>**Plaintiff,**<br><br>- against -<br><br>CINEMA ENTERTAINMENT CORPORATION,<br><br>**Defendant.** | Case No.   23-cv-3614 (JWB)(LIB) |

**ORDER FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS**

On February 5, 2024, the parties filed a Stipulation for Extension of Time for Plaintiff to oppose Defendant's Motion to Dismiss [Dkt. No. 18].  Based upon review of the files, IT IS HEREBY ORDERED that;

1. The parties' Stipulation for Extension of Time for Plaintiff to oppose Defendant's Motion to Dismiss is APPROVED;

2. Plaintiff shall have until February 29, 2024 to file her Opposition to Defendant's Motion to Dismiss; and

3. Defendant's time to file a Reply in support of its Motion to Dismiss is hereby extended up and through March 22, 2024.

Dated: _____ _____
The Honorable Leo I. Brisbois
United States Magistrate Judge

{00465004.DOCX; 1}