**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **GINA CHRISTOPHERSON,** individually and on behalf of all those similarly situated<br><br>　　　　　　　　**Plaintiff,**<br><br>　- against -<br>**CINEMA ENTERTAINMENT CORPORATION,**<br><br>　　　　　　　　**Defendant.** | Case No. 0:23-cv-03614<br><br>**LR 7.1 CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY** |

The undersigned certifies that Plaintiff Gina Christopherson's Memorandum of Law in Opposition to Defendant's Motion to Stay Discovery complies with Local Rule 7.1. This memorandum was prepared using 13-point font and complies with Local Rule 7.1(h). In preparation of this brief, Microsoft Word was used, and this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, which reports that the text of the brief contains 3,287 words.

Dated: February 8, 2024　　　　　/s/ *Ben Hutman*
　　　　　　　　　　　　　　　　Ben Hutman (*pro hac vice*)
　　　　　　　　　　　　　　　　SADIS & GOLDBERG LLP
　　　　　　　　　　　　　　　　551 Fifth Ave. 21st Floor
　　　　　　　　　　　　　　　　New York, New York 10176
　　　　　　　　　　　　　　　　Telephone: (212) 573-6675
　　　　　　　　　　　　　　　　Email: bhutman@sadis.com

　　　　　　　　　　　　　　　　Matthew D. Forsgren, Reg. No. 0246694
　　　　　　　　　　　　　　　　Caroline H. Brunkow, Reg. No. 0398936
　　　　　　　　　　　　　　　　FORSGREN FISHER McCALMONT
　　　　　　　　　　　　　　　　DeMAREA TYSVER, LLP

Capella Tower
225 South 6th Street, Suite 1500
Minneapolis, MN 55402
(612) 474-3300
mforsgren@forsgrenfisher.com
cbrunkow@forsgrenfisher.com

*Attorneys for Plaintiff Gina Christopherson*

2