UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GINA CHRISTOPHERSON, individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CINEMA ENTERTAINMENT CORPORATION,<br>　　　　　　　　　Defendant. | Case No. 0:23-cv-03614<br><br>Judge Nancy E. Brasel<br><br>Magistrate Judge Leo I. Brisbois |

# **[PROPOSED] ORDER**

This matter comes before the Court on Defendant Cinema Entertainment Corporation's Motion to Compel Production of Documents. Based on the records and proceedings in this case,

　　IT IS HEREBY ORDERED that:

　　1. The Motion to Compel is granted.

　　2. Plaintiff must produce documents and data in response to RFP Nos. 7, 8, 9, 13, and 18.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Leo I. Brisbois
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge