UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GINA CHRISTOPHERSON, individually and on behalf of all those similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CINEMA ENTERTAINMENT CORPORATION,<br><br>            Defendant. | Case No. 0:23-cv-03614<br><br>Judge Nancy E. Brasel<br><br>Magistrate Judge Leo I. Brisbois |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiff Gina Christopherson's Motion to Compel Discovery. Based on the records and proceedings in this case,

IT IS HEREBY ORDERED that:

1. The Motion to Compel is granted.

2. Defendant Cinema Entertainment Corporation ("CEC") must produce documents and data in response to Requests for Production Nos. 4-5, 9-11, 16-17, and 20 within ten (10) days of this order.

3. CEC must provide supplemental responses to Interrogatories Nos. 4-7 within ten (10) days of this order.

Dated: _____

_____
The Honorable Leo I. Brisbois
United States Magistrate Judge