# UNITED STATES DISTRICT COURT
## District of Minnesota

Gina Christopherson

           Plaintiff,

v.

Cinema Entertainment Corporation

           Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 23-cv-03614-NEB-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based on the above and on all the files, records, and proceedings herein,

Defendant Cinema Entertainment Corporation's Motion to Dismiss Plaintiff's Complaint (ECF No. 18) is GRANTED.

Date: 9/17/2024

KATE M. FOGARTY, CLERK